**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NATHAN DICKEY,

     Plaintiff,

v.                                                CV No. 20-656 JB/CG

CURRY COUNTY ADULT
DETENTION CENTER,

     Defendant.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff's *Prisoner Civil Rights Complaint*, (Doc.

1). The Court finds the filing is deficient because Plaintiff failed to prepay the $400 filing fee,

or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account

statement. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency by August 13, 2020.

All filings must include the case number (20-cv-656 JB-CG). The failure to timely comply with

this Order will result in dismissal of this case without further notice.

     **IT IS THEREFORE ORDERED** that by **August 13, 2020**, Plaintiff must prepay the

$400 filing fee, or alternatively, file a motion to proceed *in forma pauperis.* Any *in forma*

*pauperis* motion must attach an inmate account statement reflecting transactions between

January 2, 2020 and July 2, 2020.

     **IT IS FURTHER ORDERED** that the Clerk's Office shall send Plaintiff a form motion to

proceed *in forma pauperis.*

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE